AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Berkeley Transportation

APPEARANCE

CASE NUMBER: CR 06 146T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

January 3, 2007
*Date*

James W. Ryan
*Signature*

JAMES W. RYAN
*Print Name*

*Bar Number* 4042

180 South Main Street
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-861-8200
*Phone Number*

*Fax Number* 8212

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.