O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
BERKELEY TRANSPORTATION COMPANY, INC.

## WAIVER OF INDICTMENT

CASE NUMBER: CR06-146T

I, Berkeley Transportation Company, Inc., , the above named defendant, who is accused of two counts of knowingly transporting and causing to be transported hazardous waste to an unpermitted facility in violation of 42 U.S. C. Section 6928(d)(i)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 7, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Berkeley Transportation Company, Inc.
Defendant

James W. Ryan, Esq.
Counsel for Defendant

James W. Ryan
[signature], President

Before [signature: David L. Martin]
Judicial Officer
USMJ