# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

BERKELEY TRANSPORTATION COMPANY, INC.

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-146T

DEC 28 2006

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM B |
| Before: MAGISTRATE JUDGE DAVID L. MARTIN | Date and Time<br>JANUARY 3, 2007 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 42 Section(s) 6928(d)(1)

Brief description of offense:

KNOWINGLY TRANSPORTED HAZARDOUS WASTE TO AN UNPERMITTED FACILITY

Signature of Issuing Officer

December 28, 2006
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date January 3, 2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC Court Room 3 Prov RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/3/07
Date

Burton Stallwood
Name of United States Marshal

S. Wyatt
(by) Deputy United States Marshal

Remarks:

FILED
2007 JAN -4 P 12: 19
DISTRICT COURT
DISTRICT OF RHODE ISLAND