# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BERKELEY TRANSPORTATION COMPANY, INC., | C.A. No. 1:06-CR-146T |

## MOTION TO ALLOW COUNSEL TO ACCEPT SENTENCE FOR A CORPORATION PURSUANT TO FED R. CR. P. 43 (b)(1)

Now comes Berkeley Transportation Company Inc. ("Berkeley") and through its counsel requests the Court to allow its duly authorized counsel to accept, on its behalf, the sentence of the Court scheduled to be rendered on May 29, 2007.

As grounds therefore, the Defendant indicates the following:

1. Berkeley is a corporation duly organized under the laws of the State of Rhode Island and, as such, is an organization represented by counsel;

2. Berkeley, by corporate resolution attached to this motion as "Appendix A", has authorized its counsel, James W. Ryan, to accept the sentence of the Court to be rendered on May 29, 2007 on behalf of the corporation;

3. The U.S. Probation Office has had access to employees and representatives of Berkeley to allow the Office to present appropriate facts to the Court for consideration in sentencing Berkeley;

4. To the extent that any principal of Berkeley could be construed to have a right to appear at the sentencing of the corporation by corporate resolution, that right is specifically waived (Appendix "A");

5. Fed. R. Cr. P. 43 (b)(1) allows an organization, which is represented by counsel who is present to not be present at court proceedings.

6. The United States Attorney has indicated that he will not object to Berkeley being represented solely by counsel at sentencing (Appendix "B").

WHEREFORE, the Defendant respectfully requests that the Court allow its motion pursuant to Fed. R. Cr. P. 43 (b)(1) to have its duly authorized counsel accept, on its behalf, the sentence of the Court.

BERKELEY TRANSPORTATION INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ James W. Ryan

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: April 20, 2007

**CERTIFICATE OF SERVICEIJ**

I hereby certify that a copy of the foregoing MOTION TO ALLOW COUNSEL TO ACCEPT SENTENCE FOR A CORPORATION PURSUANT TO FED. R. CR. P 43 (b)(1) was filed with the Clerk of the United States District Court for the District of Rhode Island this 20th day of April, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Adi Goldstein, Assistant U.S. Attorney/U.S. Department of Justice

/s/ James W. Ryan

913704_1/2332-1