# Appendix “A”

**BERKELEY TRANSPORTATION COMPANY, INC.**

**CORPORATE RESOLUTION AND CONSENT OF SHAREHOLDERS**

WHEREAS, as of the 18th day of April, 2007, the undersigned, being all of the shareholders and officers of BERKELEY TRANSPORTATION COMPANY, INC., a Rhode Island corporation (the "Corporation").

WHEREAS, James W. Ryan, Esq. of Partridge Snow & Hahn LLP of Providence, Rhode Island, has been the Corporation's attorney from the outset of this matter and the Corporation is satisfied with his representation and counsel.

WHEREAS, the Corporation has entered a plea of guilty in the in matter of **United States v. Berkeley Transportation Company, Inc.** No. 1:06-cr-146, and sentence is scheduled to be pronounced by the Honorable Ernest Torres, U.S. District Court Judge on May 29, 2007 in the U.S. District Court for the District of Rhode Island.

WHEREAS, Attorney Ryan has advised the Corporation that each and any of its Principals may attend the proceedings scheduled on May 29, 2007 and the Corporation voluntarily and knowingly waives any right it might have to the presence of any principal of the Corporation at the sentencing of said Corporation.

WHEREAS, the Corporation desires to authorize its attorney, James W. Ryan, Esq., to appear and speak on behalf of the Corporation and to accept the sentence of the U.S. District Court on behalf of the Corporation. In accordance with the applicable provisions of the Rhode Island Business Corporation Act and the articles of incorporation and bylaws of the Corporation, do hereby consent to the following action, which shall be deemed to have been consented to separately by the shareholders of the Corporation in lieu of a meeting:

RESOLVED: That James W. Ryan, Esq. is authorized to appear and speak on behalf of the Corporation and to address the Court prior to the imposition of sentence by the Court in this matter and to secure funds from the Corporation to pay any fine or costs ordered by the Court and to sign any documents requested by the Court or the U.S. Office of Probation to implement the sentence of the Court.

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 18th day of April, 2007.

Bradford S. Dean, Shareholder

Rebecca Dean, Shareholder

Bradford A. Dean, Sr., President, Secretary and Treasurer

913075_1/2332-1