# Appendix "B"

APR 19 2007

COPY

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

April 18, 2007

William P. Devereaux
1800 Financial Plaza
Providence, RI 02903

Re: United States v. Berkeley Transportation Co.

Dear Mr. Devereaux:

I am writing to follow up on your inquiry of whether Mr. Bradford Dean's presence at the sentencing hearing of Berkeley Transportation Company will be necessary. According to Fed. R. Crim. P. 43 (b)(1) "A defendant need not be present . . . [if] [t]he defendant is an organization represented by counsel who is present." While I do not object to the organization being represented solely by counsel at the sentencing, I do believe it would it prudent to inform Judge Ernest C. Torres and Probation of this prior to the time of sentencing by letter.

Please do not hesitate to contact me with any other questions.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

cc: James W. Ryan, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903