# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

v.

BERKELEY TRANSPORTATION COMPANY, INC.,

C.A. No. 1:06-CR-146T

## STIPULATION

The undersigned agrees and stipulates that the Lloyd B. Clark Trust (the "Trust"), hereby withdraws its Petition for Restitution in the above matter.

BERKELEY TRANSPORTATION CO., INC.

By Its Attorneys,

James W. Ryan, Esq. (#4042)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com

LLOYD B. CLARK TRUST

By Its Attorney,

John C. Manni, Esq. (# 3603)
1405 Plainfield Street
Johnston, RI 02919
(401) 944-2647
(401) 942-8322 FAX

DATED: June 12, 2007

## CERTIFICATE OF SERVICEIJ

I hereby certify that a copy of the foregoing STIPULATION was filed with the Clerk of the United States District Court for the District of Rhode Island this 12 day of June, 2007 and a copy was hand delivered to:

Adi Goldstein, Assistant U.S. Attorney/U.S. Department of Justice

922619_1/8869-9